1
2
3
4
5
6
7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 HENRY D. WILLIAMS,

11       Plaintiff,                      No. CIV S-10-0773 GEB EFB P

12   vs.

13 DAILY REPUBLIC, INC, et al.,

14       Defendants.                <u>ORDER</u>

15 _____/

16       Plaintiff is a county inmate proceeding without counsel and in forma pauperis in a civil

17 action.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C.

18 § 636(b)(1).

19       Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

20 U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

21 (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance

22 in plaintiff's account for the six-month period immediately preceding the filing of the complaint.

23 28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the

24 preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

25 ////

26 ////

1

1  The agency having custody of plaintiff is required to forward to the Clerk of the Court
2  the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time
3  the amount in the account exceeds $10, until the filing fee is paid. *Id.*
4  The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma
5  pauperis application upon the Solano County Sheriff's Office and deliver a copy of this order to
6  the Clerk's financial division.
7  So ordered.
8  Dated:  August 12, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE